UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIST. CT. ACTION NO. 13-11722-GAO
COURT OF APPEALS NO. 14-1207

LAWRENCE WATSON,
Petitioner/Appellant,

v.

MARTHA COAKLEY and EDWARD DOLAN,
Respondents/Appellees,

ORDER
March 20, 2014

O'TOOLE, D.J.

A certificate of appealability with respect to the denial of Lawrence Watson's petition under 28 U.S.C. § 2254 is DENIED because the petitioner has not "made a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge